EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2003

at ___ o'clock and ___ min. ___
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00112 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | (18 U.S.C. § 922(g)(3)) |
| JOSEPH TOWER, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about January 28, 2003, in the District of Hawaii, the defendant, JOSEPH TOWER, then being an unlawful user of a controlled substance as defined in Title 21, United States Code. Section 802, did knowingly possess in and affecting commerce one round of Remington .44 magnum caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(3).

Count 2

The Grand Jury further Charges:

On or about January 28, 2003, in the District of Hawaii, the defendant, JOSEPH TOWER, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, that is, a Ruger Redhawk .44 magnum caliber revolver.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: March 6, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

*USA v. TOWER;*