AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

District of Hawaii

RECEIVED
2006 DEC 15 PM 2:02

528766

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00112SOM-01 |

JOSEPH TOWER

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOSEPH TOWER and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2007

at 9 o'clock and 55 min AM
SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | DECEMBER 15, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Susan Oki Mollway, United States District Judge

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Wahiawa, HI. | | |
| Date Received 12/15/06  Date of Arrest 1/4/07 | NAME AND TITLE OF ARRESTING OFFICER  Arthur Oh, DUSM | SIGNATURE OF ARRESTING OFFICER |