ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-mail:       fpdhi@hotmail.com

Attorney for Defendant
JOSEPH TOWER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR. NO. 03-00112 SOM |
| ) | |
| Plaintiff,                           ) | DEFENDANT'S EXHIBIT A TO |
| ) | HEARING ON ORDER TO SHOW |
| vs.                                  ) | CAUSE WHY SUPERVISED |
| ) | RELEASE SHOULD NOT BE |
| JOSEPH TOWER,                        ) | REVOKED; CERTIFICATE OF |
| ) | SERVICE |
| Defendant.                           ) | |
| ) | Date:    01/17/07 |
| ) | Time:    10:30 a.m. |
| ) | Judge:   Susan Oki Mollway |

**DEFENDANT'S EXHIBIT A TO HEARING ON ORDER TO SHOW
CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED**

      COMES NOW, JOSEPH TOWER, defendant above-named, by and

through his attorney, PAMELA J. BYRNE, and hereby submits the attached

Exhibit A to the hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked, now set for January 17, 2007 at 3:00 p.m.

DATED: Honolulu, Hawaii, January 16, 2007.

PAMELA J. BYRNE
Attorney for Defendant
JOSEPH TOWER