## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly hand-delivered to the following at their last known address:

LORETTA A. SHEEHAN
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

LISA JICA
U. S. Probation Office
U.S. Courthouse
300 Ala Moana Boulevard, Room 2-215
Honolulu, Hawaii   96813

DATED:  Honolulu, Hawaii, January 16, 2007.

/s/ Hermi Hunt
Hermi Hunt