# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00112SOM |
| CASE NAME: | USA vs. Joseph Tower |
| ATTYS FOR PLA: | Loretta Sheehan<br>Lisa Jiicha (USPO) |
| ATTYS FOR DEFT: | Pamela Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/17/2007 | TIME: | 10:30 - 11:05 |

COURT ACTION:   EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Joseph Tower present and in custody.

Defendant admits to the violation.

Court finds that there is sufficient evidence to support the violation and the defendant has not met the condition of supervised release.

Arguments.

Allocution by the defendant.

Discussion held re: options available to the Defendant.

Defendant to remain in custody until a facility is available which can provide a safe environment for the defendant.

This hearing is continued to 3/5/07 @ 2:15 p.m.

If bedspace is available sooner, parties to contact the CRM to schedule an earlier hearing date.

Parties to submit a stipulation to release the defendant in order for him to attend an interview for assessment.

Ms. Byrne to submit an order to the Court to have the defendant continue on his medication.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.