AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

528766

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00112SOM-01 |
| JOSEPH TOWER | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOSEPH TOWER and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

*[Stamp: FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII MAR 1 3 2007 at 2 o'clock and 32 min P M SUE BEITIA, CLERK]*

*[Stamp: RECEIVED 2007 FEB 27 AM 9:50 U.S. MARSHALS SERVICE HONOLULU, HI]*

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | February 26, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL          By: Susan Oki Mollway, United States District Judge

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at *Wahiawa, Hawaii* | | |
| Date Received 2/27/07  Date of Arrest 3/5/07 | NAME AND TITLE OF ARRESTING OFFICER *[signature]* | SIGNATURE OF ARRESTING OFFICER *[signature]* |