# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 20, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00112SOM |
| CASE NAME: | UNITED STATES OF AMERICA v. JOSEPH C. TOWER |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | Pamela J. Byrne, Esq. |
| U.S.P.O.: | Lisa K.T. Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | April 20, 2007 | TIME: | 3:30 - 3:45 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

Defendant is present in custody.
The defendant admitted to Violation Nos. 1, 2, 3, and 4.
The Court finds that this is a Grade C Violation, Criminal History Category II.

Allocution by the defendant.

Supervised release is revoked.

    ADJUDGED: Impr of 4 MONTHS with credit for time served.  No supervised release to follow.

Advised of rights to appeal the sentence, etc.


    Submitted by: Mary Rose Feria, Courtroom Manager