FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**JOSEPH C. TOWER**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: **1:03CR00112-001**
USM Number: 89183-022

**Pamela J. Byrne, AFPD**
Defendant's Attorney

## THE DEFENDANT:

[✓] admitted guilt to violation of Standard Condition No. 6, Special Condition Nos. 3, 5, and 7 of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **4615**

Defendant's Residence Address:
**Honolulu, Hawaii 96819**

Defendant's Mailing Address:
**Honolulu, Hawaii 96819**

April 20, 2007
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

4/25/07
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00112-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | JOSEPH C. TOWER | |

## ADDITIONAL VIOLATION

**Violation Number**            **Nature of Violation**            **Date Violation Concluded**

1. That on or about 2/14/2007, the offender failed to reside in a structured living environment such as the Oxford House.

2. That in February 2007, the offender failed to notify the Probation Office 10 days prior to a change in residence.

3. That on 2/15/2007, 2/16/2007, and 2/20/2007, the offender failed to participate in mental health treatment at the Veteran's Administration Mental Health Rehabilitation Program.

4. That on 2/15/2007 through 2/20/2007, the offender failed to take his medication as prescribed.

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00112-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | JOSEPH C. TOWER | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 4 MONTHS with credit for time served. No supervised release to follow.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                  UNITED STATES MARSHAL

                                    By _____
                                                  Deputy U.S. Marshal